**No. 11-7224. Frederick Gross, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 858, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8969.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 432 Fed. Appx. 490.